# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MICHAEL SUGGS | ) | Case No: 8:08cr169 |
| | ) | USM No: 22291-047 |
| Date of Previous Judgment: 10/07/2008 | ) | David R. Stickman |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  60  months **is reduced to**  46  .

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Offense Level: 21  Amended Offense Level: 19
Criminal History Category: IV  Criminal History Category: IV
Previous Guideline Range: 57 to 71 months  Amended Guideline Range: 46 to 57 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  10/07/2008  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/01/2011

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Joseph F. Bataillon, Chief District Judge
*Printed name and title*